
STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
JOEY L. BLANCH (Cal. Bar No. 186487)
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section
WENDY T. WU (Cal. Bar No. 242075)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3315/0619
     Facsimile: (213) 894-3713
     E-mail:    Joey.Blanch@usdoj.gov
                Wendy.Wu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-**CR14-0472** |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | (UNDER SEAL) |
| ELAD GABER, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrant), the government's sealing application, and this order shall be kept under seal until further order of the Court.

Nothing in this order shall preclude the government from providing copies of the indictment to the Israeli or U.S. government in connection with the government's request that the defendant be arrested and extradited, and nothing in the sealing order shall

1

1  preclude the government from providing the indictment to defendant
2  immediately upon his arrest.
3
4  ___8/15/2014___                              JACQUELINE CHOOLJIAN
   DATE                                        _____
5                                              HONORABLE JACQUELINE CHOOLJIAN
                                               UNITED STATES MAGISTRATE JUDGE

OR IN CASE OF DENIAL:

    The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____    _____
DATE                                UNITED STATES MAGISTRATE JUDGE

3