TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7162
     Facsimile: (213) 894-0141
     E-mail:    catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-472-PSG |
|---|---|
| Plaintiff, | JOINT STIPULATION TO CONTINUE CHANGE OF PLEA HEARING |
| v. | **Current Hearing Date:    03/15/21** |
| ELAD GABER, | [PROPOSED] Hearing Date: 05/03/21 |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Catharine Richmond, and defendant Elad GABER ("defendant"), by and through his counsel of record Mark Werksman and Jacqueline Sparagna, hereby stipulate as follows:

1.   On August 15, 2014, the United States filed an indictment against defendant alleging violations of child exploitation offenses, including production of child pornography, in violation of 18 U.S.C. § 2251, and extortion, in violation of 18 U.S.C. § 875.  (Dkt. 1.)

2.   On November 6, 2020, the parties filed a plea agreement.

3. Pursuant to his constitutional rights and the Federal Rules of Criminal Procedure, defendant wishes his change of plea hearing to be held in person. (Dkt. 38.)

4. Currently, in-person hearings are permitted, but are still risky due to the ongoing COVID-19 pandemic:

   a. On March 13, 2020, following the President's declaration of a national emergency in response to COVID-19, the Court entered a General Order suspending jury selection and jury trials. C.D. Cal. General Order No. 20-02, In Re: Coronavirus Public Emergency, Order Concerning Jury Trials and Other Proceedings (Mar. 13, 2020). That suspension remains in place "[u]ntil further notice." C.D. Cal. Notice from the Clerk, "Amended Expiration of Continuity of Operations Plan," http://www.cacd.uscourts.gov/news/amended-expiration-continuity-operations-plan (Feb. 2, 2021) ("COOP Expiration Notice").

   b. Also on March 13, 2020, the Court imposed health- and travel-related limitations on access to Court facilities. C.D. Cal. General Order No. 20-03, In Re: Coronavirus Public Emergency, Order Concerning Access to Court Facilities (Mar. 13, 2020). On March 19, 2020, by Order of the Chief Judge, the Court implemented its Continuity of Operations Plan ("COOP"), closing all Central District of California courthouses to the public (except for hearings on criminal duty matters) and taking other emergency actions. C.D. Cal. Order of the Chief Judge No. 20-042 (Mar. 19, 2020). On March 29 and 31, recognizing COVID-19's continued spread in the community, the Court took further action: implementing video-teleconference and telephonic hearings and suspending all grand-jury proceedings. C.D. Cal. Orders of the Chief Judge Nos. 20-043 (Mar. 29, 2020) and 20-044

(Mar. 31, 2020); see C.D. Cal. Order of the Chief Judge No. 20-186 (December 17, 2020) ("extend[ing] all findings and authorizations in Order of the Chief Judge No. 20-043 for an additional 90 days unless earlier terminated").

      c.  On August 6 and September 14, 2020, the Court slightly relaxed its restrictions to permit in-person criminal hearings for defendants who do not consent to remote appearance and to allow up to 10 members of the public to attend. General Order No. 20-09, at 2-3; C.D. Cal. General Order No. 20-12, In Re: Coronavirus Public Emergency Order Concerning Reopening of the Southern Division, at 2 (Sept. 14, 2020). However, on December 7, 2020, following "an unprecedented surge of COVID-19 cases, hospitalizations, and test positivity rates in the Central District," the Court reinstituted its COOP Plan. Order of the Chief Judge No. 20-179, at 1-2. The COOP Plan suspended all grand jury proceedings and once again closed court facilities to the public except for hearings on certain criminal duty matters. Order of the Chief Judge No. 20-179, at 2-3. On January 6, 2021, the suspension was extended through and including January 29, 2021. Order of the Chief Judge No. 21-002, at 2. The COOP Plan expired on January 29, 2021, and the Court has permitted the resumption of certain in-person hearings, but not jury trials, beginning on February 1, 2021. See COOP Expiration Notice.

      d.  As the Chief Judge's December 7, 2020 Order reactivating the COOP Plan recognized, however, ICU availability in the Southern California region, which includes the entire Central District, fell below 15% as soon as the Regional Stay at Home Order went into effect. Order of the Chief Judge No. 20-179, at 2. When the COOP Plan was extended on January 6, 2021, ICU availability in

1  the Southern California region was at 0.0%.  Order of the Chief Judge
2  21-002, at 1.  Although the Regional Stay at Home Order was lifted on
3  January 25, 2021, ICU availability has increased, and case numbers
4  have declined, COVID-19 remains extremely dangerous, and California
5  counties remain subject to various restrictions, depending on their
6  tier.  See "Blueprint for a Safer Economy,"
7  https://covid19.ca.gov/safer-economy/ (last visited March 5, 2021).
8         e.   As these measures reflect, the coronavirus pandemic is
9  a global emergency that is unprecedented in modern history.  As data
10 from both the Centers for Disease Control and the California
11 Department of Public Health reflect, the virus has spread through the
12 United States community at an alarming rate.  See Coronavirus Disease
13 2019 (COVID-19) in the U.S., Centers for Disease Control and
14 Prevention (updated daily), available at https://www.cdc.gov/
15 coronavirus/2019-ncov/cases-updates/cases-in-us.html; Coronavirus
16 Disease 2019 (COVID-19), California Department of Public Health
17 (updated daily), available at https://www.cdph.ca.gov/Programs/CID/
18 DCDC/Pages/Immunization/ncov2019.aspx.  The death toll, across the
19 world, is staggering.
20        f.   As these measures and data reflect, although certain
21 in-person hearings are now permitted, it is still risky to gather in-
22 person.
23    5.   Because defendant wishes to exercise his right to an in-
24 person hearing but the risk of an in-person hearing at this time is
25 still quite high due to the ongoing COVID-19 pandemic, the parties
26 jointly request that defendant's change of plea hearing be continued
27 to May 3, 2021, at a time that is convenient to the Court.
28

4

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: 03/05/21 | Respectfully submitted, |
| | TRACY L. WILKISON<br>Acting United States Attorney |
| | BRANDON D. FOX<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/ *Catharine Richmond*<br>CATHARINE A. RICHMOND<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: 03/05/21 | /s/ *Mark Werksman*<br>MARK WERKSMAN<br>JACQUELINE SPARAGNA |
| | Attorneys for Defendant<br>ELAD GABER |