# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: __CR 14-472-PSG__                                                Date: __5/7/21__

Present: The Honorable __Philip S. Gutierrez__, ☒ District Judge / ☐ Magistrate Judge

| Wendy Hernandez | Marea Woolrich | Jonathan Goldberg | Joseph Axelrad |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

| USA v. DEFENDANT(S) PRESENT | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| ELAD GABER | Mark Werksman |
| ☒ Custody  ☐ Bond  ☐ O/R | ☐ Appointed  ☒ Retained |
| ☐ Custody  ☐ Bond  ☐ O/R | ☐ Appointed  ☐ Retained |
| ☐ Custody  ☐ Bond  ☐ O/R | ☐ Appointed  ☐ Retained |
| ☐ Custody  ☐ Bond  ☐ O/R | ☐ Appointed  ☐ Retained |
| ☐ Custody  ☐ Bond  ☐ O/R | ☐ Appointed  ☐ Retained |

**PROCEEDINGS: CHANGE OF PLEA HEARING**

☒ Defendant moves to change plea to the Indictment.
☒ Defendant now enters a new and different plea of Guilty to Count(s) __10__ of the Indictment.

☒ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☒ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to __Friday, 10/08/21 at 10am__ for sentencing.
☒ The Court vacates the court and/or jury trial date.
☐ The pretrial conference set for _____ is off calendar as to defendant _____.
☐ Court orders:

☐ Other:

                                                                    : __26__
                                             Initials of Deputy Clerk __wh__

cc: *Probation Office*

CR-08 (09/09)                    CRIMINAL MINUTES - CHANGE OF PLEA