# EXHIBIT C

Aug 2nd 2021

# Elad Gaber -Life Story told by his mother Hava Glickstein

Elad was born on June 28th 1982 to Hava a Biologist and Larry a Geologist at Hadassah Hospital in Jerusalem Israel by vacuum delivery. As a baby he used to cry a lot. Between 1984-1988 we moved to the USA because of his father's PhD studies . When Elad was 5.5 years old at the  year   1988 we divorced and I returned to  Israel and lived next to the extended family. His father returned to Israel 3 years later and lived in another city.. Elad went to elementary school, and  had very few friends. He refused to  any babysitter. The main difficulties started when he moved to intermediate school .  Although he was highly intelligent  (with an IQ of 135) , he had problems with Math ( could not remember the multiplication table) and could not read a lot of text. Since there was a  huge discrepancy between his high intelligence and his low achievements at school, we consulted with an expert , and he was diagnosed as dyslectic at the time. Elad did not cooperate with any private tutor that was invited. Any time he met a problem, he could not cope and retreated to his room. He refused to get a psychologist  treatment. He exceled  in sports and was a volleyball player at school. The only occupation that he did consistently for few years was Marshal arts , Ninjitsu , which he  quitted after 6 years.

 The big fall was when he moved to high school . It was a very big school were students like him could get lost and ignored. He refused to be transferred to another school . He studied only Computers and English classes which he liked ,  and past the examinations , very successfully gaining  3 points of matriculation examinations in computer courses. He stopped going to school gradually  and quitted finally at the  end of the second semester of the 11th grade.  Gradually, he retreated to his room , did not have any friends and was totally engaged in computer games and internet and Photoshop drawing. Elad could draw beautifully from a very early age of 8 years old and he is still doing it( See attached drawings) . From time to time he visited his father's new family and two sisters. He was released from  mandatory service  in the army . Since then he was totally isolated from the real world , had no friends and barely spoke to me and ate very little only when served.  He neglected his hygiene  and was dependent  on me completely on real world life. We

used to watch together TV shows like "Seinfeld" and some British comedies and mainly, nature and wildlife series.

Elad used to collect things , and refused to discard anything , and kept old toys , clothes, video cassettes and discs. He liked music of all sorts. He refused to see a psychiatrist. There was a huge gap between his high intellectual abilities and his behavior and lack of social interpersonal abilities. He could not plan the future , could not cope with the real world, and was totally dependent on me for the actual needs of real life. Real life were too frightening for him. He did come to family gatherings from time to time , were he felt safe and loved.

He often complained about health problems and went to see a physician . He avoided large groups of people and noisy places. He never had a psychotic events nor took any medications.

On July 11th 2011 Elad was arrested for questioning by the request of the FBI accusing him with sex offences done on the internet .Because of some other minor felonies based on evidence found in his computer , he did few months of community service at the Jerusalem Zoo . It turned out to be the best 3 years of his life. He took care of animals , a task which he loved, and was an instructor working with children and adults, and his superiors appreciated his work a lot, ( attached a recommendation letter ). This period of time is a very good example for his ability to be rehabilitated and be integrated back into society.

During this time he was seeing a psychologist once a week for a whole year which helped him reintegrating into society and he gained some confidence (attached a letter from the psychologist). After leaving his job at the Zoo ,( because of money shortage at the Zoo) , he could not cope with looking for another job and stayed at home. He isolated himself again in his room busy with computer games and internet. He never repeated any of the alleged previous deeds he was accused off . I am sure that he knew by now that those previous acts were not legal and not done .

His isolation at his room stopped him from encountering the laws of the real world outside and define right from wrong. ( I would like to emphasize that I do not underestimate at all the alleged charges but I try to understand how it came to be, since Elad is not a bad or crewel person, but rather gentle and has a good hart) .

All those long years since 2011,   6.5 years, we lived in a constant fear of extradition request by the Americans. We tried very hard to be  judged  and sentenced  by an Israeli court,  in order to avoid extradition.

On Dec 27th 2017 ,  Elad was arrested suddenly because of extradition request by the Americans on those  alleged crimes from 2011.

He was released to full house arrest with an electronic bracelet  with me as a constant  supervisor 24/7 . It lasted for  two years  during trial .  He did not have an internet nor a computer  at this time.

Elad was isolated at home about 20 years of his life  , from  seventeen years old till thirty seven.

He is definitely  not a regular person. Between 2011 and 2019 he was diagnosed by several psychiatrists and psychologists ,  His last evaluation was done at the psychiatric department at "Sheba"  Medical center in Israel, at a clinic which  specializes  in diagnosis of adults on the Autistic spectrum. "Sheba"  is  considered   to be one of the ten best medical centers in the world .

After many tests and six meetings Elad was diagnosed on the Autistic spectrum high functioning, with high significance and severity level of  two out of three and was recognized as disabled person by the Israeli National Social Security  Office ( Social Security) . He was recognized as 50% disable and 100% inability  to work,  and got the maximum pension for life. ( It was cancelled after extradition, as the law requires).

I am very worried for him since he lacks the ability of social communication that is so natural to any other person.   I do not know how he can survive in an American prison far from anything familiar , after 20 years of   isolation.  I am his only support in the world.

I do not underestimate his  alleged actions but from my knowledge , I do not  see any evil in him. He lived virtual life were rules are loose , far away from real life with its very defined   rules . It is hard to distinguish between right and wrong when you are so  isolated in a world  of your won for 20 years.

Between 2012-2018 Elad had access to a computer and internet . He never repeated any of the alleged deeds and , in my opinion, he is not a dangerous person, and will never repeat those acts , since he knows by now it is not done and not legal. He never broke the law in any other form before.

Elad can be reintegrated into society and rehabilitated , based on the 3 years of work at the Jerusalem Zoo, and based on a whole year of seeing a psychologist . One has to think about his rehabilitation , He worked there with youth and adults and was liked by all of them . I am 72 years old and the only one who can help him after serving his sentence . This fact has to be taken into consideration when deciding upon his sentence. Some compassion should be exercised ,to him and to me, his mother. It is already 10 long years of living in constant fear, without knowing what the future will be.

I would like to add that when sentencing an autistic person , the court sentences the mother as well , since an autistic person is totally dependent on her . The mother who was struggling very hard all her life to raise a different child , all by herself. Some consideration and compassion should be taken regarding this matter.

Hava Glickstein- Mother

# EXHIBIT D



unclassified

# Official Certificate

| Israel | Defence | Forces |
|---|---|---|
| Public | Inquiries | Officer |
| Military | Mail | 02099 |
| Phone | | 1111 |
| July | 16, | 2018 |

<u>To whom it may concern</u>

Re: <u>Military service exemption certificate</u>

| 7119807 | private | Gaber | Elad | 043553486 |
|---|---|---|---|---|
| Personal No. | rank | Surname | First name | ID No. |

1. Below is a table detailing the reason for the soldier's exemption from military service

| Type of Service | Start Date | End Date | Reason for exemption |
|---|---|---|---|
| Exempt | June 22, 2000 | ----- | Medically unfit |
| Compulsory | June 5, 2000 | June 21, 2000 | |

2. This certificate is valid as of the date of its issuance

Dana Zarko Mudrik                                        Lt. Gen.

Public            Inquiries              Officer



unclassified

IDF Discharge Certificate

Elad Gaber          Rank: Private Exemption Unit 5666

Main Mental Clinic: Mental Health Center 9340, Mental Clinic

## Main

**Personal information**

Profile: 21

Defect sections: 31617

Conscription date: June 5, 2000

Branch of troops: exempt

Date of birth: June 28, 1982

Occupation:

## History

Issue Date: June 20, 2000

Discharge Date: June 21, 2000

Command: Out of order of forces

Country of birth: Israel

*Duties:*

Age: 36

Main Clinic: Exemptions Clinic

Type of service: Exemption    :50

Signed for a weapon: no  Since:

Repatriation Date:



# EXHIBIT E

08.05.2021

## TO WHOM IT MAY CONCERN

Elad Gaber is our half-brother. We are 2 sisters, I am Michal Gaber (age 24) and my younger sister is Sharon Gaber (age 18). We live in Modiin and Elad lived in Jerusalem. Elad lived with his mother but usually every 2 weeks he would come to visit us on the weekend. We love him and miss him very much. He is our older brother that played with us all the time when he visited. He would take us to play in the park and we would go to have ice cream. Occasionally, he would take us to see a movie. He would try to make it to our birthdays and would also call us by phone when he could not visit.

Elad taught us our basic computer skills. He taught us how to play computer games and we spent hours together with him on the computer. He always treated us with care and love as an older brother should treat his young sisters.

Frequently when we have spent time with him in the park here in Modiin other children would be playing with us. We never saw Elad do anything inappropriate with children that were playing together with us. We were always proud of our brother and our friends were always glad to play together with us and Elad.

Elad was born in 1982 and is 14 years older than me. Despite the age difference we had a close relationship as brother and sister. As the years passed his behavior with us never changed. We always continued to play games and joke around. Even when he was old enough to be more adult and be more like an uncle we always related to him as an older brother. We never understood the depth of his problem, although it was strange that he never became more responsible or adult like. Only during the last few years did we learn that Elad is autistic. We had never realized that before and it suggested to us for the first time what was behind his behavior.

We only experienced joy being with him and have never seen any behavior that would even hint at the things he is accused of. If there is any truth in the accusations the authorities have made against him, we think the autism caused him to misunderstand the significance of his actions. We hope that you treat him with as much compassion as possible despite what he may have done. As far as we knew he did not have any friends where he lived in Jerusalem besides his cousins that also lived in Jerusalem.

Elad went to trial in Israel on other more minor things. The court required him to do community service at a zoo near his home for 6 months. It was the first time he was out doing something positive in his community. He enjoyed it very much and we even visited him there at the zoo. When the six months were over he asked to continue

working at the zoo and he stayed on for another few years. We even know that he saved a young child that fell in a pond at the zoo, no one else saw what was happening and Elad jumped in and saved him. We were proud of him and we were hopeful that he had found himself and a positive thing to occupy him.

Even now that he is incarcerated in the states he still calls us on a fairly frequent basis, he always calls us on our birthdays. We love him and always will. We hope he will be back in Israel soon. We also hope that any additional punishment that you will give him will be as little as possible so that he can return to being a part of our family.

We have included several pictures of us together with our brother. A picture is worth a thousand words and I think you can see that he was a real part of our family.



Michal Gaber, ID Number 208436782

Sharon Gaber, ID Number 214142481

# EXHIBIT F

Aug 4th 2021

To whom in may concern!

**Elad Gaber- Life story told by his aunt – Esther Zitronblat**

My name is Esther Zitronblat , and I am the aunt of Elad Gaber. I am the sister of his mother. I was a high school teacher for many years.  I would like to tell about him , since I  have known  him all his life.

Elad and his mother lived close to  our apartment, We used to meet very often. I have four   older children , the youngest  twin,  are 5 years older than Elad.

Elad used to come to my house after school, while his mother was working.  Elementary school was close to our home.

When he grew older he preferred to go home  by himself  and stay till his mother returned from work.

He was rather quiet and kept to himself,  but had one or two friends at the neighborhood , while at elementary school.

He used to come to family meetings, holidays and celebrations,  But was rather quiet.

It   was harder at intermediate  school, while he had  learning difficulties, although he was very intelligent.

He started with Marshall Arts by the influence of my children who  are still doing it  , but Elad stopped after 6 years.

He used to draw beautiful pictures of birds, starting at  a young age of 8 years old , since his mother and my children were,  and  still are enthusiastic bird watchers.

Elad left high school at the  end of the 11th grade and  isolated himself at home, We tried to convince him to try external schooling, but he  resisted and wanted to be left alone, He was engaged in videogames and internet. He visited  less and less   at  our home.

We  did not know what can be done to save him , and watched sadly how he kept staying  at home  . We were willing to pay for any  computer courses for him  , since that what interested  him, but he refused any help.

On July 11th 2011 , Elad was arrested, and a  very long ordeal of 10 years already  , has started.  We were shocked and devastated .

Between 2013-2015 He  was working at the Jerusalem Zoo and we were very happy to see him  more confidant and friendly. At the time, he was seeing a psychologist who helped him  reintegrate into society. We could see the change in his  behavior since he came more often to our family meetings , he was talking to people  and seemed happier. We tried to help in any way possible. We were  also his supervisors  while at full house arrest before extradition.

Elad was diagnosed on the autistic spectrum and it did explain his behavior during those long years. It is a  pity he was not diagnosed  as such earlier.

To my opinion, Elad is a good person , he has no evil in him.  We never noticed any bad behavior on his part towards any members  of our family  . We  are sure that he regrates every  thing and would never repeat any of the alleged offenses .  He can be rehabilitated , as seen from his 3 years at the Jerusalem Zoo. He  can be very successful in the field of computer sciences. One has to help people on the Autistic spectrum since they depend on us for regular day by day activities.  We are willing to help him in any way possible.

We ask and hope for compassion , while sentencing him, and we would like him back home very soon.

Esther Zitronblat  972-26411204

Gelber  St 24

Jerusalem  9675524

Israel

# EXHIBIT G

24-May-2013

To whom it may concern,

Subject: Letter of reference for Mr. Elad Gaber

Dear Ms./Mr.

Mr. Elad Gaber arrived at the Tisch Family Zoological Gardens' Wet Side Story
Exhibit in the spring of 2012 to serve 6 months of community service ordered by the
Court. However, unlike other persons who have arrived for the same reason, Mr.
Gaber demonstrated extremely high motivation to perform his duties and integrate
with the Exhibit's staff. His original duties included cleaning aquarium tank windows,
cleaning the outdoor areas and supervising the behavior of visitors around the fish
feeding and touch pond. Yet, due to his motivation and high level of performance, Mr.
Gaber soon received full responsibility for maintaining all visitor areas and the water
quality of the touch pond, and also has assisted in various tasks at the Exhibit. These
duties required on one hand communication with diverse audience near the pond
(individuals and groups, Jews and Muslims, Orthodox and secular, young and adults)
that Mr. Gaber handled extremely well, despite the busy times that he has been
present in (Summer Vacation, Jewish and Muslim Holidays), and after-hours reading
on the other hand to learn more about aquarium and fish pond maintenance. Mr.
Gaber completed his community service to the full and high satisfaction of myself and
the Exhibit staff members, became well-liked by all and made new friends. Therefore,
we were glad that Mr. Gaber decided to continue his involvement with the Exhibit as
a volunteer and has been coming twice a week to assist with all aspects of exhibit



work. He continued to perform tasks with the same high motivation and
professionalism and has been rewarded by joining the Zoo's part-time staff, both as a
keeper at the Wet Side Story Exhibit and also as a "Guide and Guard" (supervisor)
near Zoo exhibits on busy days. Recently, Mr. Gaber even purchased by himself
equipment to allow him to better perform his duties, since he was not happy with the
equipment that the Zoo has been providing.

Overall, after a year of knowing Mr. Gaber, I am very pleased with his professional
work and personal behavior and expect him to continue his excellent work at the Wet
Side Story Exhibit and Jerusalem Zoo in the future. The Zoo has been accepting
people through the jail system community service program for many years, but I have
to point the Mr. Gaber has been an exception among these in all aspects of his
involvement.

Sincerely yours,

Noam Werner, Ph.D.

– General Curator

– Curator of Aquarium

Tel (office): +972-(0)2-6750154

Tel (mobile): +972-(0)50-4043003

Email: wernerny@jerusalemzoo.org.il

# EXHIBIT H

Serial No. 1020/21

**CERTIFICATION OF TRANSLATION**

I the undersigned, **Roni Hareli,** Notary,
holding license no. 2074263,

Owner of a Notary Office in 4 Berkowich st.
(The Museum Tower), floor 7, Tel-Aviv
6423806, Israel
Hereby certify that I am fluent in the

**Hebrew** and **English**

Languages, and I am a fluent speaker of these
Languages,

and that the document attached to this
certification
and marked with the letter **A**
is a translation to
**English** language of

of the original document

drawn up in the

**Hebrew**

language, which is attached to this certification
and marked with the letter **B**

In witness whereof, I certify the faithfulness of
the said translation by my signature and seal.

This day 12 of August 2021

Notary fee: 438 Nis .

Notary's Seal and Signature

מס׳ סידורי 1020/21

**אישור תרגום**

אני החי״מ **רוני הראלי**, נוטריון, בעל רשיון מספר
2074263,

בעל משרד לשירותי נוטריון בתל-אביב, ישראל

במגדל המוזיאון, ברח׳ ברקוביץ׳ 4, קומה 7
תל אביב 6423806,

מצהיר בזה, כי אני שולט היטב
בשפות

**העברית  ו  האנגלית**

וכי המסמך המצורף
לאישור זה והמסומן  באות **א׳**

הוא תרגום לשפה

**האנגלית**

של  המסמך המקור הערוך בשפה **העברית**

שהעתקו מצורף לאישורי זה ומסומן באות **ב׳**

לראיה אני מאשר את דיוק חתרגום האמור
בחתימת ידי ובחותמי.

חיום 12 באוגוסט 2021.

שכר נוטריון : 438 ש״ח .

רוני הראלי נוטריון וחתימתו

[logo] **National Insurance Institute (Social Security)**

Attention
Elad Tzvi Gaber
Apartment 16, 9 Hatzionut St.,
Jerusalem 9674115

Branch: Jerusalem
Telephone No: 04-881-2345 *6050

22nd Iyyar, 5779
May 27, 2019

File Number: 00-043553486-33-0

### Re:- Confirmation of eligibility for allowances pursuant to the Disability Insurance Chapter for 2019

I hereby confirm that Elad Tzvi Gaber ID No 04355348/6 is entitled to allowances pursuant to the Disability Insurance Chapter.

The last eligibility for disability allowance commenced on January 1, 2018.
Following are the details of eligibility for 2019

| | | | | | General Disability | | | |
|---|---|---|---|---|---|---|---|---|
| From | To | % Of Medical Disability | Incapability rating | Partial Allowance | Allowances | Allowance Composition | Gross Monthly Allowance Sum | Right to Benefits |
| January 1, 2019 | December 31, 2019 | 50% stable | 100% stable | | General disability | Individual | 3,312 | * |

*The benefits given to those, who are entitled are the responsibility of the various institutions and entities. The inability rating at rate of 75% and over entitles a payment of 100% allowance.

This confirmation is only valid with the Institute's stamp.
In the event of any contradiction between the records in this confirmation and the records in the data file of the Institute and/or in the insurant's file, the records at the Institute prevail.
The National Insurance Institute must be updated with any change that could have an effect on the eligibility for an allowance such as – a change in the familial status or income
This confirmation was issued via the National Insurance Institute's website

[stamp] National Insurance Institute

Yours sincerely,

National Insurance Institute

Issued on May 27, 2019        Confirmation of eligibility for a general dose of T allowance – Elad Tzvi Gaber, ID No: 04355348/6        Page 1 of 1



I Certify that this is
An exact translation
of the original
HEVER TRANSLATIONS LTD
1 Ben Yehuda St. Tel-Aviv 63801



## המוסד לביטוח לאומי

סניף : ירושלים
טלפון : 04-8812345 +6050

כ"ב באייר, תשע"ט
27 במאי 2019

מספר תיק : 00-0435553486-33-0

לכבוד
אלעד צבי גבר
הצניורות 9 דירה 14
ירושלים 9674115

**הנדון : אישור זכאות לקצבאות לפי פרק ביטוח נכות לשנת 2019**

הרינו לאשר שאלעד צבי גבר מ"י 043555348/6 זכאי לקצבאות לפי פרק ביטוח נכות.

הוכאות האחרונה לקצבת נכות החלה בתאריך 01/01/2018
להלן פירוט הוכאותך לשנת 2019 :

| מתאריך | עד תאריך | אחוז נכות רפואית | דרגת אי כושר | חלקיות קצבה | קצבאות | הרכב גמלה | סכום קצבה חודשי ברוטו | זכות להסבה |
|---|---|---|---|---|---|---|---|---|
| 01/01/2019 | 31/12/2019 | 50% יציבה | 100% יציבה | | נכות כללית | יחיד | 3,312 | * |

* ההטבות הניתנות לנכים הן באחריות המוסדות והגופים השונים.
דרגת אי כושר בשיעור של 75% ומעלה מזכה בתשלום של 100% קצבה.



בכבוד רב,
המוסד לביטוח לאומי

אישור זה תקף רק עם חותמת המוסד.
בכל מקרה של סתירה בין הרשום באישור זה לבין הרשומים במגע המידע
של המוסד ואף בנוגע של המבטחות, הרישומים שבידי המוסד קובעים.
יש לעדכן את הביטוח הלאומי על שינויים החולים לפששע של הוכאות לקצבה כגון : שינוי במצב המשפחתי או הכנסות.
אישור זה הונפק באמצעות אתר האינטרנט של המוסד לביטוח לאומי.

דף 1 מתוך 1

אישור וזכאות לקצבת נכות כללית - אלעד צבי גבר, ת.ה. 043555348/6.

הונפק ב-17/05/2019



# EXHIBIT I





26-6-21



3-3-2-1





8-5-24

2021



9-5-21   2 K.





3-9-21