October 4, 2021

As parents of a one and only fifteen-year-old, my husband and I thought our daughter, C██████ L███████ was just going through the trials and tribulations of adolescence when she asked to see a therapist.  Her response to our specific question of why was "I don't know.  I have issues."  We were supportive.  We didn't push her for more specifics, found a local therapist and she did better for a while.

It was quite a bit later we discovered her "issues" were the result of a perpetrator attempting to exploit a mistake made by a naïve fourteen-year-old C██████ who uploaded a picture of herself to a chat room.  Things started making sense to us.  C██████'s  mood swings, outbursts, but most noticeably the change in her self-esteem as it occurred during this timeline of events.

To add insult to injury this disgusting excuse for a human being approached our daughter and threatened to exploit her if she didn't comply with his demands.  Keeping in mind, Mom and Dad still don't know about this and a teen aged C██████ is dealing with all of this by herself.  Mood swings continue, self-esteem and mental health continue to deteriorate.

And then one day the FBI is at the door stating it would be best to discuss the subject with Mom and C██████.  And this is where we found out the details.  Suddenly the timeline and subsequent impact to our daughter's life and mental well-being becomes crystal clear.

C██████ was victimized.  She was happy and confident and was just entering high school.  When this came out, C██████ was mortified.  ***She was embarrassed by her own behavior versus recognizing she was victimized by a person who does not deserve to have any consideration except for the maximum sentence.***  C██████ struggles.  She has stayed in counseling, which makes us proud, however, it is expensive.  C██████ works hard to control her diagnosed Complex Post Traumatic Stress Disorder and anxiety.  C██████ is a victim.  She has a lifetime of work ahead of her to attain the peace in life she was robbed of from this degenerate.  Our hearts break for the pain she continues to feel.

We are so proud of C██████, and we trust that she will be able to find some peace and we trust the court will review these facts when considering maximum punishment during sentencing.


M███ C. L███████
C████ R. L███████