- Victim Impact Statement
October 5, 2021

I am 27 years old, and 12 years ago I became the victim of blackmail, extortion and child pornography distribution. This isn't something I talk about at dinner parties or can relate to with my friends. I've opened up to those close to me, but deep down I've always felt like they don't understand. Sharing my trauma has always felt like a burden. So for the most part, I've suffered in silence. It's difficult to put something you don't talk about into words, but after more than a decade I am here to tell you my story and the impact this crime has had on me.

In 2009 I was a high-school freshman. When I think of myself at that time, I see a vulnerable young girl. A girl full of innocence, curiosity and potential. A girl who didn't know any better.
It was at this time that I got my first laptop with a built-in webcam. The internet was still blossoming and I couldn't wait to explore what was out there in this new, online world. I stumbled across a site called Stickam, a site that I naively thought was a place to talk with friends or people who liked the same music as me. I soon learned how untrue that was. Knowing now what was to come breaks my heart for that little 14-year-old girl.

I made what should have been an innocent mistake. I did something stupid in a chat room with friends, not realizing that anyone, anywhere could be watching as the room was public. I remember laughing and joking around as kids do, but now it makes my skin crawl. I feel like an intruder was watching through my bedroom window the whole time, waiting for me to slip up. What was supposed to be a silly and private moment has ended up following me and will continue to do so for the rest of my life due to the actions of the perpetrator.

When I was 16, he finally made contact and everything changed. What I didn't know back then was that he had been recording me. I didn't know he had files upon files of me and hundreds of other underage girls in folders on his computer with my name, photos and personal information. I didn't know he would keep my naked photos and upload them online for other pedophiles to do with what they pleased. I still have the messages saved on my computer, and to this day his words cut deep.I remember reading them, still a kid learning about my body, men and sex - and not really grasping what was happening to me.

He told me things like, "I'll ask to enjoy your smokin' body and see a little more of you," and "I'm really not here to ruin your life. I'm just here to enjoy you for a bit. If you will only please my desire, all will be over quickly as if nothing happened." He told me that if I went to the police it wouldn't matter as he was in another country. He told me to imagine what would happen if everyone in school had that video. He went on to demand webcam sex from me in order to keep my photos private. But when I refused, he acted. He followed through with his threats and plastered my photos all over the internet. He stole my body from me and gave it away for free. Devastating is an understatement. He promised if I didn't listen, he would let "a zillion other internet freaks see me," and that's exactly what he did. I put on a brave face, but he scared the hell out of me. I was terrified of what else he might do. So I kept quiet for years.

Eventually, the police tracked me down. I felt like my world crumbled all over again. It was almost better not knowing the details. My poor Dad answered the door, only to be asked to identify his only child and daughter in censored photos and to be told she was a victim of child pornography distribution. My parents are amazing and supportive people, but the pain this crime has caused them in addition to my own is gut-wrenching. They feel like they failed and couldn't protect me and I feel like I let them down.

When the police left and continued on with their investigation, I didn't hear anything for years, but that doesn't mean I didn't think about it. My mental health severely declined. I began abusing substances and entered into several abusive relationships. I was so confused and angry but never fully processed what had happened. It took a very long time for me to fully understand what he did. I had to unlearn everything I was taught about sex and my body at such a young age. I didn't understand that men weren't allowed to take my body from me for a very, very long time.

It makes me sick to think about how he exploited me as a child, and even sicker knowing what he was planning to do to me if I complied. The knowledge of what he did to other girls is unbearable. I shudder to imagine what would have happened if I had gone along with his requests. I don't think I would have survived the aftermath had I gone through with it. I feel like I escaped by the skin of my teeth.

It pains me to think about who is looking at my pictures now. Just last month I came across one of them. It sent me spiraling into a panic attack and I spent days crying over it in my apartment, all these years later. I did everything I could to get it taken down, but I was unsuccessful. The FBI told me the internet is a black hole and I just have to accept that I will never ever get those pictures back. This reality and his actions will continue to haunt me for the rest of my life. There will always be that fear in the back of my mind that someone I know may find them and recognize me. He may go to jail, but he's given me a life sentence of torment.

I was eventually diagnosed with Complex Post Traumatic Stress Disorder and have undergone a variety of different types of therapy to cope with the trauma. I suffer from extreme anxiety and panic attacks. It hurts to think that in my late twenties, I'm still forced to confront this trauma and process this event. It feels like it will never end.
Since the case has become active, I've learned more and more sick and twisted details, each revelation ripping the wounds open over and over again.
I have spent thousands of dollars trying to get help, and it feels like I will be in therapy for the rest of my life. It is so incredibly difficult to live with the fact that naked photos of 14-year-old me with my face in them will never be erased. I don't know if that's something I can just move on from.

To conclude, I'd like to quote Paris Hilton, who has said that her sex tape leak was like "being electronically raped." She said it was a private moment of a teenage girl not in her right headspace, but now everyone was watching. I cannot think of a better way to describe what he did to me. He didn't need to physically touch me to break me. He promised he would ruin my life if I didn't meet his demands. I didn't, and he did.

I now have to continue living with the fact that I am a victim of this horrific crime. It's so violating to know what he took from me and gave away to anyone who wanted it. I survived these crimes, but the impact will live on with me forever. I feel fortunate to be standing in front of you today, capable of reading this statement, when so many other victims are unable to do so. I stand here not only for me, but for every girl who he tried to break. I do not forgive him for his crimes and I wish for the maximum punishment to be considered during sentencing.

Thank you.