# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

cc:USPO

( ___ Amended _____ )

| Case No. | CR 14-472-PSG | Date | October 8, 2021 |

Present: The Honorable __PHILIP S. GUTIERREZ__

| W. Hernandez | CourtSmart | Catherine Richmond |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Elad Gaber | X | | Mark Werksman | X | | | Alexander Shapiro (stand-by /video conference) |

**PROCEEDINGS:**  SENTENCING AND JUDGMENT HEARING   ☐ Contested   ☐ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.
___ Imprisonment for __Years/months__ on each of counts _____
    Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
    ___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
    commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
    consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
    ___ Perform _____ hours of community service.
    ___ Serve _____ in a CCC/CTC.
    ___ Pay $ _____ fine amounts & times determined by P/O.
    ___ Make $ _____ restitution in amounts & times determined by P/O.
    ___ Participate in a program for treatment of narcotic/alcohol addiction.
    Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the
    ___ nearest P/O within 72 hours.
    ___ Other conditions: _____
    Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant
___ does not have the ability to pay.
    per count, special assessment to the United States for a
___ Pay $ _____ total of _____ $ _____
___ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____
    with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to
    modification. This matter is set for further hearing on _____
___ On Government's motion, all remaining counts in the (underlying) Indictment / Information are ordered dismissed.
**X** Defendant informed of right to appeal.
**X** ORDER sentencing transcript for Sentencing Commission.   **X** Processed statement of reasons.
___ Bond exonerated   ___ upon surrender   ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____
    at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at $ _____
**X** Filed and distributed judgment. ENTERED.
___ Other _____

: 31

---

CR-90 (2/09)  **CRIMINAL MINUTES - SENTENCING AND JUDGMENT**  Page 1 of 2

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - SENTENCING AND JUDGMENT**

cc:USPO

Initials of Deputy Clerk    WH