TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7162
     Facsimile: (213) 894-0141
     E-mail:    catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-472-PSG |
|---|---|
| Plaintiff, | STIPULATION REGARDING RESTITUTION |
| v. | |
| ELAD GABER, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Catharine Richmond, and defendant ELAD GABER, both individually and by and through his counsel of record, Mark Werksman, hereby stipulate as follows:

1.   On October 8, 2021, defendant entered a guilty plea pursuant to a plea agreement. (United States v. Gaber, CR 14-472-PSG ("Dkt.") at 38, 66.)

2.   Under 18 U.S.C. §§ 2259, defendant must pay restitution. In addition, in his plea agreement, defendant acknowledged that he

will be required to pay full restitution to the victims in this case. (Dkt. 38.)

3.  Under 18 U.S.C. § 3771(a)(6), a crime victim has the right to full and timely restitution as provided by law.

4.  The parties agree that victims C.O. (referred to in the Indictment as "C.B.") and C.L. are an "individual[s] harmed as a result of a commission of a crime" under Chapter 110 of Title 18, which includes defendant's crimes, as provided in 18 U.S.C. § 2259(c).

5.  The parties agree that a reasonable and appropriate amount of restitution to be paid to victims C.O. and C.L. is $30,000 with $20,000 to C.O. and $10,000 to C.L.

6.  This Court found defendant indigent and defendant shall pay according to the schedule set by the United States Probation Office.

//

//

//

1  |  7. All restitution payments must be made payable to "Clerk, U.S. District Court," and identify the case name and number on the "memo" line, and further agree that no payment shall be made directly to a victim. All payments shall be delivered to:

> United States District Court
> Fiscal Department
> 255 East Temple Street, Room 1100
> Los Angeles, CA 90012

IT IS SO STIPULATED.

Dated: 12/07/21

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

*/s/ Catharine Richmond*

CATHARINE A. RICHMOND
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: 1/6/2022

*/s/ Mark W.*

MARK WERKSMAN

Attorney for Defendant
ELAD GABER

Dated: 12/30/21

*/s/ Elad Gaber*

ELAD GABER
Defendant

3