```
TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CATHARINE A. RICHMOND (Cal. Bar No. 301184)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7162
     Facsimile: (213) 894-0141
     E-mail:    catharine.richmond@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
01/10/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 72

cc: USPO/FISCAL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-472-PSG |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FOR RESTITUTION |
| v. | |
| ELAD GABER, | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Restitution, filed by the parties in this matter on January 7, 2022. The Court hereby finds that the Stipulation, which the Court incorporates by reference into this Order, demonstrates facts that support good cause, and hereby ORDERS as follows:

 1.   The individuals identified as C.O. (referred to in the indictment as C.B.) and C.L. are victims in this case, meaning they are individuals harmed as a result of a commission of a crime under Chapter 110 of Title 18, which includes defendant's crime, as provided in 18 U.S.C. § 2259(c).

2. A reasonable and appropriate amount of restitution to be paid to the victims is as follows: $30,000 in restitution with $20,000 to C.O. and $10,000 to C.L. The Judgment and Commitment Order in this case will reflect these restitution amounts.

3. Defendant shall pay this restitution according to the schedule set by the United States Probation Office.

4. All restitution payments must be made payable to "Clerk, U.S. District Court," and identify the case name and number on the "memo" line, and further agree that no payment shall be made directly to a victim. All payments shall be delivered to the following address:

> United States District Court
> Fiscal Department
> 255 East Temple Street, Room 1100
> Los Angeles, CA 90012

IT IS SO ORDERED.

01/10/2022
DATE

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

Presented by:

*Catharine Richmond*
CATHARINE A. RICHMOND
Assistant United States Attorney